THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Billy Wayne
 Ruppe, Appellant.
 
 
 

Appeal From Cherokee County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2008-UP-494
 Submitted August 1, 2008  Filed August
18, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Billy Wayne Ruppe pled no contest to trafficking in
 methamphetamine, second offense, ten to twenty eight grams, and received a
 negotiated sentence of five years.  Ruppe argues the trial court erred by
 accepting his guilty plea because the probable cause for issuing the search
 warrant had grown stale by the time the warrant was issued.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss  Ruppes appeal and grant counsels motion to
 be relieved. [1] 
APPEAL
 DISMISSED.  
KONDUROS,
J., CURETON, and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.